IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. No. 07-88-01ML |
| | ) | In Violation of 26 U.S.C. |
| | ) | §§ 7201 |
| | ) | |
| ROBERT PORTMAN and | ) | |
| CANDY PORTMAN | ) | |

**INFORMATION**

The United States Attorney charges:

On or about April 15, 2003, in the District of Rhode Island,
defendants ROBERT PORTMAN and CANDY PORTMAN, residents of Rhode
Island, who during the calendar year 2002 were married, did
willfully attempt to evade and defeat a large part of the income
tax due and owing by him to the United States of America for the
calendar year 2002, by preparing and causing to be prepared, and
by signing and causing to be signed, a false and fraudulent joint
U.S. Individual Income Tax Return, Form 1040, on behalf of
themselves, which was filed with the Internal Revenue Service,
wherein they stated that their joint adjusted gross income for
the said calendar year was the sum of $20,118, whereas, as they
then and there well knew and believed, their joint adjusted gross
income for the said calendar year was substantially in excess of
that heretofore stated and that upon said additional taxable
income a substantial tax was due and owing to the United States

of America.

      All in violation of Title 26, United States Code, Section 7201.

ROBERT CLARK CORRENTE
United States Attorney

By: _____

ANDREW J. REICH
Assistant U.S. Attorney

_____

STEPHEN G. DAMBRUCH
Criminal Chief
Assistant U.S. Attorney

DATE: ____6-4-07____