O AO 455 (Rev. 5/85) Waiver of Indictment

RECEIVED
4 2007
Property of U.S. District Court
District of Rhode Island

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
CANDY PORTMAN

## WAIVER OF INDICTMENT

CASE NUMBER: CR07-88-02ML

I, CANDY PORTMAN, the above named defendant, who is accused of

tax evasion

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on June 18, 2007 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

CANDY PORTMAN
Defendant

SCOTT LOPEZ
Counsel for Defendant

Before ______________________
Judicial Officer USMJ