# United States District Court
## *District of Rhode Island*

RECEIVED
U.S. MARSHALS SERVICE
JUN 13 2007
District of Rhode Island

UNITED STATES OF AMERICA

v.

CANDY PORTMAN

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR07-88-02ML

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States Courthouse<br>Two Exchange Terrace<br>John O. Pastore Federal Building<br>Providence, RI 02903 | COURTROOM A<br><br>Date and Time<br>JUNE 18, 2007 AT 11:30 A.M. |
| Before: U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND | |

To answer a(n)

☐ Indictment ☒ Information ☐ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title 26 Section(s) 7201

Brief description of offense:

TAX EVASION

Signature of Issuing Officer

June 12, 2007
Date

JEANNINE NOEL, DEPUTY CLERK
Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

(Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

vice was made by me on: 6/18/07 Date

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: USDC Providence, RI CRm A

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 6/18/07
Date

Burton Stallwood
Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

orm was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.